**THIRD DIVISION**
**BOGGS and BRANCH, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**September 28, 2016**

# In the Court of Appeals of Georgia

A14A1682. KELLEY v. THE STATE.

BOGGS, Judge.

In *State v. Kelley*, 298 Ga. 527 (783 SE2d 124) (2016), the Georgia Supreme Court reversed our opinion in *Kelley v. State*, 331 Ga. App. 758 (771 SE2d 441) (2015). We therefore vacate our prior opinion and adopt the opinion of the Georgia Supreme Court as our own.

*Judgment affirmed. Barnes, P. J. and Branch, J., concur.*